■ In the Matter of ORCHARD HOTEL, LLC, Petitioner, v CHARLES E. RAMOS et al., Respondents. [993 NYS2d 633]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Renwick, J.P., Andrias, Richter and Feinman, JJ.

■

(September 25, 2014)

■ LEXINGTON BUILDING Co. LLC et al., Respondents, v PRECISION GLASS & METAL WORKS CO., INC., et al., Defendants, and THE PHOENIX INSURANCE COMPANY, Appellant. [993 NYS2d 522]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Milton A. Tingling, J.), entered on or about April 15, 2013, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated August 22, 2014, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Friedman, Renwick, Gische and Clark, JJ.